UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BILLY RAY SMITH AND THELMA | ) | |
| STEWART SMITH | ) | CASE NO.  A06-65817-MHM |
| DEBTORS | ) | |
| | ) | MARGARET H. MURPHY, JUDGE |

## NOTICE OF PAYMENT OF LATE-FILED CLAIM

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE in the above styled case, and files his **NOTICE OF PAYMENT OF LATE-FILED CLAIM.** The following Proof of Claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 Case.

| Name and Address of Creditor | Claim Amount | Claim Type |
|---|---|---|
| ADP<br>3953 NORTH VILLAGE ROUND<br>PARK CITY, UT  84098 | $7,040.76 | UNSECURED |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an Objection to Claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice. The allowance of this claim does not affect the Debtors' right to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/s/ _____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

Debtors:

BILLY RAY SMITH
THELMA STEWART SMITH
4001 CAIN MILL DR.
LITHONIA, GA  30038

Attorney for Debtors:

KING & KING, P.C.
215 PRYOR ST
PARK CITY, GA  30303

Creditor:

ADP
3953 NORTH VILLAGE ROUND
PARK CITY, UT  84098

in the foregoing matter with a copy of this Notice of Payment of Late-Filed Claim by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate

This 9TH day of NOVEMBER, 2006.


/s/ _____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO.
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BILLY RAY SMITH AND THELMA | ) | |
| STEWART SMITH | ) | CASE NO. A06-65817-MHM |
| DEBTORS | ) | |
| | ) | MARGARET H. MURPHY, JUDGE |

**NOTICE OF PAYMENT OF LATE-FILED CLAIM**

    COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE in the above styled case, and files his **NOTICE OF PAYMENT OF LATE-FILED CLAIM.** The following Proof of Claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 Case.

| Name and Address of Creditor | Claim Amount | Claim Type |
|---|---|---|
| ADP<br>3953 NORTH VILLAGE ROUND<br>PARK CITY, UT  84098 | $7,040.76 | UNSECURED |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an Objection to Claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice. The allowance of this claim does not affect the Debtors' right to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/s/ _____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444

# CERTIFICATE OF SERVICE

This is to certify that I have this day served:

Debtors:

BILLY RAY SMITH
THELMA STEWART SMITH
4001 CAIN MILL DR.
LITHONIA, GA  30038

Attorney for Debtors:

KING & KING, P.C.
215 PRYOR ST
PARK CITY, GA  30303

Creditor:

ADP
3953 NORTH VILLAGE ROUND
PARK CITY, UT  84098

in the foregoing matter with a copy of this Notice of Payment of Late-Filed Claim by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate

This 9TH day of NOVEMBER, 2006.


/s/ _____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO.
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444